## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RHONDA CARTER<br>　　　Plaintiff<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES<br>　　　Defendant | CIVIL ACTION<br><br>NO: 07-726 |

TO:   Christiana Care Health Services, Inc.
      501 West 14th Street
      Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY G. KEVIN FASIC, ESQUIRE at 1225 KING STREET, SUITE 200, WILMINGTON, DELAWARE 19801 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_PETER T. DALLEO_          _11/13/07_
CLERK                       DATE

_E. Strickland_
(By) DEPUTY CLERK

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE 11/14/07 |
| NAME OF SERVER (PRINT) EDWARD JONES || TITLE PROCESS SERVER |
| *Check one box below to indicate appropriate method of service* |||
| ☐ Served personally upon the defendant. Place where served: _____ |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:_____ |||
| ☐ Return unexecuted._____ |||
| ☒ Other (specify): PERSONALLY SERVED CHRISTIANA CARE HEALTH SERVICES, INC. AT 501 WEST 14TH ST, WILM DE 19899 AT 2:12PM. PERSON ACCEPTING: L. MILLER |||
| **STATEMENT OF SERVICE FEES** |||
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** |||
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on 11/14/07 _____ Date    Signature of Server    230 N MARKET ST, WILM DE 19801 Address of Server |||

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.