IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RHONDA CARTER | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | NO: 07-00726 - *** |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES | : | |
|     Defendant | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Kevin Lovitz, Esquire of The Lovitz Law Firm, 1700 Market Street, Suite 3100, Philadelphia, PA 19103 to represent plaintiff, Rhonda Carter in this matter. The Admittee, is admitted, practicing and in good standing in the Commonwealth of Pennsylvania.

                                                LAW OFFICES OF G. KEVIN FASIC

                                                By: /s/ G. Kevin Fasic
                                                     G. Kevin Fasic, Esquire (DE 3496)
                                                       1225 King Street, Suite 200
                                                     Legal Arts Building
                                                       Wilmington, DE 19801
                                                      (302) 654-4501 - Telephone
                                                       (302) 654-4406 - Facsimile
                                                       k.fasic@lawgkf.com - E-Mail

Dated: November 27, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RHONDA CARTER | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | NO: 07-00726 - *** |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES | : | |
|     Defendant | : | |

### **ORDER**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date:_____

_____ United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RHONDA CARTER | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO: 07-00726 - *** |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES | : | |
| Defendant | : | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

THE LOVITZ LAW FIRM P.C.

_____
Kevin Lovitz, Esquire
1700 Market Street, Suite 3100
Philadelphia, PA 19103
Phone: 215-735-1996
kevin@lovitzlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RHONDA CARTER | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO: 07-00726-*** |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES | : | |
| Defendant | : | |

**CERTIFICATE OF SERVICE**

I, G. Kevin Fasic, Esquire, hereby certify that on this 27th day of November, 2007, that I caused a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice* to be served by Regular U.S. mail to the following:

Christiana Care Health Services, Inc.
501 West 14th Street
Wilmington, DE 19899

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)