## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RHONDA CARTER,                                   )
                                                 )
                  Plaintiff,                     )
                                                 )
        v.                                       )        C.A. No. 07-726
                                                 )
CHRISTIANA CARE HEALTH                           )
SERVICES,                                        )
                                                 )
                  Defendant.                     )

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the parties that the time for

Defendant to answer, move or otherwise respond to Plaintiff's Complaint is extended until

January 4, 2008.

LAW OFFICES OF G. KEVIN FASIC            MORRIS JAMES LLP

_____ 11/27/07        _____
G. Kevin Fasic (#3496)                   David H. Williams (#616)
k.fasic@lawgkf.com                       dwilliams@morrisjames.com
Legal Arts Building                      James H. McMackin, III (#4284)
1225 King Street, Suite 200              jmcmackin@morrisjames.com
Wilmington, DE 19801                     500 Delaware Avenue, Suite 1500
 (302) 654-4501                          P.O. Box 2306
Attorneys for Plaintiffs                 Wilmington, DE  19899
                                         (302) 888-6900/5849
                                         Attorneys for Defendant


        IT IS SO ORDERED this _____ day of _____, 2007.


                                    _____
                                              J.


1634695/1