# IN THE UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RHONDA CARTER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION<br>: No. 07-00726-*** |
| CHRISTIANA CARE HEALTH SERVICES, | : |
| Defendant. | : |

## NOTICE OF SERVICE

I hereby certify that on the 8th day of January, 2008, two (2) copies of **DEFENDANT'S INITIAL DISCLOSURES** were served by hand delivery on the following counsel of record:

> G. Kevin Fasic, Esquire
> Law Offices of. G. Kevin Fasic
> Legal Arts Building
> 1225 King Street, Suite 200
> Wilmington, DE  19801

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
302.888.6900/5849

                                        Michael J. Ossip (admitted pro hac vice)
                                        Sean W. Sloan (admitted pro hac vice)
                                        Yordanos Teferi (admitted pro hac vice)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103
                                        215.963.5761/5084
                                        Fax:  877.432.9652

Dated: January 8, 2008                    Attorneys for Defendant Christiana Care
                                                               Health Services

1648594/1