IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RHONDA CARTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-726-*** |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **11th** day of **January, 2008**.

IT IS ORDERED that the Rule 16 scheduling teleconference set for Tuesday, January 22, 2008 at 10:30 a.m. with Magistrate Judge Thynge has been rescheduled for **Thursday, February 7, 2008 at 10:00 a.m. Plaintiff's counsel shall initiate the teleconference call.** Counsel shall confer regarding proposed dates in the scheduling order and shall submit their proposal no later than **three (3) business days** before the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE