# LAW OFFICES OF G. KEVIN FASIC
Attorney at Law
1225 King Street, Suite 200 ● Legal Arts Building ● Wilmington, DE 19801
Telephone: (302) 654-4501 ● Facsimile: (302) 654-4406 ● E-Mail: k.fasic@lawgkf.com

January 11, 2008

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

      **RE:** **Rhonda Carter v. Christiana Care Health Services**
           **C.A. No.: 07-726**
           **Our File No.: 1242**

Dear Judge Thynge:

    I am local counsel for the plaintiff in the referenced action, and write with regard to the Rule 16 Conference for January 22, 2008, at 10:30 a.m. I have attached a copy of my co-counsels letter advising of the scheduling conflict.

    Thank you for Your Honor's consideration.

                                             Very truly yours,

                                             LAW OFFICES OF G. KEVIN FASIC

                                             By: /s/ G. Kevin Fasic
                                                  G. Kevin Fasic, Esquire (DE 3496)

GKF/jr
cc:    Kevin Lovitz, Esquire (by Electronic mail)



**THE LOVITZ LAW FIRM**

Employment Law Center

**Kevin I. Lovitz**
Attorney at Law

Suite 3100
1700 Market Street
Philadelphia, PA 19103
Tel 215.735.1996 • Fax 215.735.1515
EMail kevin@lovitzlaw.com • www.lovitzlaw.com

January 10, 2008

VIA FACSIMILE (302) 573-6445

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

    RE:   Rhonda Carter v. Christiana Care Health Services
           C.A. No.: 07-726

Dear Judge Thynge:

    This office represents Plaintiff in the above-referenced matter. I am in receipt of Your Honor's Order of January 9, 2008 regarding the scheduling of a Rule 16 Conference on January 22, 2008 at 10:30 a.m.

    Due to a scheduling conflict, I am unavailable at that time for the Conference call. Accordingly, I respectfully request that the Conference be rescheduled. I have conferred with Mr. Ossip who does not oppose this request and has indicted that he is available on January 23, 2008 at 10:30 a.m., as am I.

    Thank you for you anticipated courtesy.

Respectfully,

KEVIN I. LOVITZ

KIL/laz
cc:   Kevin Fasic, Esquire (302) 654-4406 (via fax)
       David H. Williams, Esquire (302) 571-1750 (via fax)
       Michael J. Ossip, Esquire (215) 963-5001 (via fax)