# Morris James LLP

David H. Williams
302.888.6900
dwilliams@morrisjames.com

January 24, 2008

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      RE:    *Rhonda Carter v. Christiana Care Health Systems, et al.*
               *Civil Action No. 07-726-MPT*

Dear Judge Thynge:

      We represent the Defendant in the above case. We conferred with Plaintiff's counsel and agreed upon the proposed dates set forth in the attached Scheduling Order which is being submitted in anticipation of the February 7, 2008 scheduling teleconference.

      Respectfully,

      */s/ David H. Williams*
      David H. Williams
      Bar I.D. #616

DHW/jam
Enclosure
cc:    Michael J. Ossip, Esquire (w/enc.) (via e-mail)
       Sean W. Sloan, Esquire (w/enc.) (via e-mail)
       G. Kevin Fasic, Esquire (w/enc.) (via e-filing)
       Kevin Lovitz, Esquire (w/enc.) (via e-mail)
       Clerk of the Court (w/enc.) (via e-filing)

1673845/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494  T 302.888.6800  F 302.571.1750
Mailing Address  P.O. Box 2306 | Wilmington, DE 19899-2306  www.morrisjames.com