IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RHONDA CARTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 07-726-JJF |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

Please enter the appearance of James H. McMackin as counsel for Defendant in the above-captioned matter.

                MORRIS JAMES LLP

                _/s/ James H. McMackin_
                David H. Williams (#616)
                dwilliams@morrisjames.com
                James H. McMackin, III (#4284)
                jmcmackin@morrisjames.com
                500 Delaware Avenue, Suite 1500
                P.O. Box 2306
                Wilmington, DE  19899
                (302) 888-6900/5849

                Michael J. Ossip (admitted pro hac vice)
                Sean W. Sloan (admitted pro hac vice)
                Yordanos Teferi (admitted pro hac vice)
                MORGAN, LEWIS & BOCKIUS LLP
                1701 Market Street
                Philadelphia, PA  19103
                (215) 963-5761/5084
                Fax:  (877) 432-9652

                Attorneys for Defendant

Dated: February 6, 2008

1692070/1