IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RHONDA CARTER,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIANA CARE HEALTH SERVICES,<br><br>  Defendant. | :<br>:<br>:<br>: CIVIL ACTION<br>: No. 07-00726-JJF<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, David H. Williams, hereby certify that on the 11th day of February, 2008, two (2) copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** and **DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO PLAINTIFF** were served by hand delivery on the following counsel of record:

    G. Kevin Fasic, Esquire
    Law Offices of. G. Kevin Fasic
    Legal Arts Building
    1225 King Street, Suite 200
    Wilmington, DE 19801

      /s/ David H. Williams
    David H. Williams (#616)
    dwilliams@morrisjames.com
    James H. McMackin, III (#4284)
    jmcmackin@morrisjames.com
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    P.O. Box 2306
    Wilmington, DE 19899
    302.888.6900/5849

|  |  |
|---|---|
|  | Michael J. Ossip (admitted pro hac vice)<br>Sean W. Sloan (admitted pro hac vice)<br>Yordanos Teferi (admitted pro hac vice)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>215.963.5761/5084<br>Fax:  877.432.9652 |
| Dated:  February 11, 2008 | Attorneys for Defendant Christiana Care Health Services |

1648594/1