IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RHONDA CARTER, :
:
Plaintiff, :
: C.A. No. 07-726-JJF
v. :
:
CHRISTIANA CARE HEALTH SERVICES, INC. :
:
Defendant. :

## STIPULATION

Pursuant to 28 U.S.C. § 636(c), the parties hereby consent to Magistrate Judge Mary Pat Thynge's jurisdiction to conduct all civil proceedings as a U.S. District Court Judge in the above-referenced matter.

| LAW OFFICES OF. G. KEVIN FASIC | MORRIS JAMES LLP |
|---|---|
| */s/ G. Kevin Fasic* | */s/ David H. Williams* |
| G. Kevin Fasic (#3496) | David H. Williams (#616) |
| Legal Arts Building | James H. McMackin, III (#4284) |
| 1225 King Street, Suite 200 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | P.O. Box 2306 |
| k.fasic@lawgkf.com | Wilmington, DE 19899 |
| (302) 654-4501 | (302) 888-6900/5849 |
|  | dwilliams@morrisjames.com |
| Kevin Lovitz (admitted pro hac vice) | jmcmackin@morrisjames.com |
| The Lovitz Law Firm |  |
| 1700 Market Street | Michael J. Ossip (admitted pro hac vice) |
| Suite 3100 | Sean W. Sloan (admitted pro hac vice) |
| Philadelphia, PA 19103 | Yordanos Teferi (admitted pro hac vice) |
| (215) 735-1996 | MORGAN, LEWIS & BOCKIUS LLP |
|  | 1701 Market Street |
| Attorneys for Plaintiff | Philadelphia, PA 19103 |
|  | (215) 963-5761/5084 |
|  |  |
|  | Attorneys for Defendant |

Dated: February 11, 2008

IT IS SO ORDERED this _____ day of _____, 2008

_____
J.