## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RHONDA CARTER,                          :
                                        :
                Plaintiff,              :
                                        :    C.A. No. 07-726-JJF
        v.                              :
                                        :
CHRISTIANA CARE HEALTH SERVICES, INC. : 
                                        :
                Defendant.              :

### STIPULATION

Pursuant to 28 U.S.C. § 636(c), the parties hereby consent to Magistrate

Judge Mary Pat Thynge's jurisdiction to conduct all civil proceedings as a U.S. District

Court Judge in the above-referenced matter.

LAW OFFICES OF. G. KEVIN FASIC          MORRIS JAMES LLP

G. Kevin Fasic (#3496)                  David H. Williams (#616)
Legal Arts Building                     James H. McMackin, III (#4284)
1225 King Street, Suite 200             500 Delaware Avenue, Suite 1500
Wilmington, DE 19801                    P.O. Box 2306
k.fasic@lawgkf.com                      Wilmington, DE 19899
(302) 654-4501                          (302) 888-6900/5849
                                        dwilliams@morrisjames.com
Kevin Lovitz (admitted pro hac vice)    jmcmackin@morrisjames.com
The Lovitz Law Firm
1700 Market Street                      Michael J. Ossip (admitted pro hac vice)
Suite 3100                              Sean W. Sloan (admitted pro hac vice)
Philadelphia, PA 19103                  Yordanos Teferi (admitted pro hac vice)
(215) 735-1996                          MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
Attorneys for Plaintiff                 Philadelphia, PA 19103
                                        (215) 963-5761/5084

                                        Attorneys for Defendant

Dated: February 11, 2008

IT IS SO ORDERED this ___14___ day of ___February___, 2008

Joseph J. Farnan Jr.

1692522/1