IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RHONDA CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIANA CARE HEALTH SERVICES,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:　CIVIL ACTION<br>:　No. 07-00726-MPT<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, David H. Williams, hereby certify that on the 25th day of March, 2008, two (2) copies of **DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT** and **DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were served by hand delivery on the following counsel of record:

G. Kevin Fasic, Esquire
Law Offices of. G. Kevin Fasic
Legal Arts Building
1225 King Street, Suite 200
Wilmington, DE 19801

Kevin Lovitz, Esquire (admitted pro hac vice)
The Lovitz Law Firm
1700 Market Street, Suite 3100
Philadelphia, PA 19103

/s/ David H. Williams
_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
302.888.6900/5849

Michael J. Ossip (admitted pro hac vice)
Sean W. Sloan (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
215.963.5761/5084
Fax:  877.432.9652

Dated:  March 25, 2008

Attorneys for Defendant Christiana Care Health Services

1648594/1