# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RHONDA CARTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 07-00726 MPT |
| | : | |
| CHRISTIANA CARE HEALTH | : | |
| SERVICES, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO:    G. Kevin Fasic, Esquire
Law Offices of G. Kevin Fasic
Legal Arts Building
1225 King Street, Suite 200
Wilmington, DE 19801

PLEASE TAKE NOTICE that counsel for Christiana Care Health Services, Inc. ("Defendant") will take the deposition of Plaintiff Rhonda Carter pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Tuesday, April 22, 2008, in the offices of Morgan Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103, beginning at 10:00 a.m. and continuing day-to-day thereafter until completed.

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899
302.888.6900/5849

Michael J. Ossip (admitted pro hac vice)
Sean W. Sloan (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
215.963.5761/5084

Dated:  April 4, 2008

Attorneys for Defendant Christiana Care
Health Services

1728747/1