## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RHONDA CARTER, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-726-JJF |
| CHRISTIANA CARE HEALTH SERVICES, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **28th** day of **April, 2008.**

IT IS ORDERED that the mediation conference scheduled for Monday, May 5, 2008, beginning at 10:00 a.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE