IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RHONDA CARTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-726-MPT |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, | : | |
| | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **22nd** day of **May, 2008.**

IT IS ORDERED that the pretrial order due date of 3/5/2009, the pretrial scheduled for 3/16/2009 at 11:30 a.m., and the jury trial scheduled to begin 3/30/2009 are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE