IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RHONDA CARTER, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 07-726-JJF |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between counsel for the respective parties that the above-captioned action be dismissed with prejudice.

| LAW OFFICES OF. G. KEVIN FASIC | MORRIS JAMES LLP |
|---|---|
| /s/ G. Kevin Fasic | /s/ David H. Williams |
| G. Kevin Fasic (#3496) | David H. Williams (#616) |
| Legal Arts Building | James H. McMackin, III (#4284) |
| 1225 King Street, Suite 200 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | P.O. Box 2306 |
| k.fasic@lawgkf.com | Wilmington, DE 19899 |
| (302) 654-4501 | (302) 888-6900/5849 |
| | dwilliams@morrisjames.com |
| Kevin Lovitz (admitted pro hac vice) | jmcmackin@morrisjames.com |
| The Lovitz Law Firm | |
| 1700 Market Street | Michael J. Ossip (admitted pro hac vice) |
| Suite 3100 | Sean W. Sloan (admitted pro hac vice) |
| Philadelphia, PA 19103 | MORGAN, LEWIS & BOCKIUS LLP |
| (215) 735-1996 | 1701 Market Street |
| | Philadelphia, PA 19103 |
| Attorneys for Plaintiff | (215) 963-5761/5084 |
| | Attorneys for Defendant |
| Dated: June 18, 2008 | |

IT IS SO ORDERED this _____ day of _____, 2008

_____
J.